UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| LARRY D. WILLS, | ) Case No. 06-00036-01-CR-W-SOW |
| | ) 06-00252-02-CR-W-SOW |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of November 15, 2010, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Larry D. Wills:

**The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.**

/s/ Scott O. Wright
---
SCOTT O. WRIGHT
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 16th day of November, 2010.