IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 06-00036-01-CR-W-DGK
                06-00252-01-CR-W-DGK

LARRY D. WILLS

AUSA: Gene Porter
Defense Atty.: None present

| JUDGE | **John T. Maughmer**<br>United States Magistrate Judge | DATE AND TIME | **May 21, 2012**<br>1:45pm - 2:00pm |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Sebastian C. Bonner |

# CLERK'S MINUTES

1st APPEARANCE SUPERVISED RELEASE OR
PROBATION REVOCATION HEARING

( X ) <u>Custody Assumed</u>

        Date:        May 21, 2012

        Place:       Kansas City, Missouri

Supervised Releasee/Probationer advised:

1. That he is charged with violation of conditions of supervised release/probation;
2. That he is not required to make any statement and that any statement made by him may be used against him in Court;
3. Of his right to retain counsel and to request assignment of counsel if he is unable to obtain counsel;
4. That as a matter of right he is not entitled to bail, and the United States Magistrate will not give consideration to fixing of bail;
5. That he is entitled to a preliminary hearing, the purpose of which is to determine whether or not there is probable cause or reasonable grounds to believe that he has committed an act that would constitute a violation of his conditions of probation;
6. That he will be present at the preliminary hearing and may testify in his own behalf and bring letters, documents, or individuals who can give relevant information; and
7. That, at his request, persons who have given adverse information on which probation

revocation is to be based will be made available for questioning in his presence unless the United States Magistrate, for good cause shown or appearing, determines the request should not be granted.

( x ) Supervised Release/Probation Revocation preliminary hearing set for **Thursday, May 24, 2012, at 2:00 p.m. before U.S. Magistrate Judge John T. Maughmer.**

BAIL

( x ) Bail not set; defendant committed to custody of U.S. Marshal.

COUNSEL

( x ) On May 21, 2012, defendant sworn and examined as to his/her financial ability to employ counsel. Information recorded on Affidavit of Financial Status.

    ( x ) CJA counsel appointed: