IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 06-00252-02-CR-W-DGK |
| | ) | 06-00036-01-CR-W-DGK |
| LARRY D. WILLS, | ) | |
| | ) | Date: May 31, 2012 |
| Defendant. | ) | |

## MINUTE SHEET

HONORABLE Greg Kays presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: Supervised Release Revocation
Time: 2:59 p.m. – 3:37 p.m.
Plaintiff by: David Ketchmark, AUSA
Defendant by: Melanie Morgan

Comments:

Parties appear as indicated above. Defendant in person. Defendant admits the allegations. Defendant's supervised release is revoked. Counsel present sentencing recommendations. Defendant accorded allocution.

Defendant is committed to the custody of the BOP for a term of time-served, with 2 years supervised release to follow in each case, to be served concurrently. Defendant advised of right to appeal. Defendant remanded to custody.

Court Reporter: Regina McBride          Courtroom Deputy: Alex Francis